UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————x

**PAUL P. TANICO,**

Plaintiff,

—against— 1:26-cv-04907-JLR

**NEURODIAGNOSTICS, INC. d/b/a SYNAPS DX,**

Defendant.

———————————————————x

**~~[PROPOSED]~~ RULE 502(d) ORDER**

JENNIFER L. ROCHON, United States District Judge:

1. The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or other information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

**SO ORDERED.**

Dated: August 27, 2026
New York, New York

Jennifer Rochon
JENNIFER L. ROCHON
United States District Judge