**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| PAUL P. TANICO, Plaintiff, -against- NEURODIAGNOSTICS, INC., Defendant. | | 26-CV-4907 (JLR) **POST-CONFERENCE ORDER** |

**ONA T. WANG**, **United States Magistrate Judge**:

This matter has been referred to me for settlement purposes only. The Court held preliminary settlement conference calls in this matter on November 18, 2026. Parties are directed to meet and confer and file a joint status letter by **December 18, 2026,** indicating whether they would like to proceed with another settlement call and if so, propose dates for such call(s).

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: November 18, 2026
New York, New York